UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

GREGORY BENDOLPH, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

DLH HOLDINGS CORPORATION d/b/a DLH
CORPORATION and DLH, and
IRVING BURTON ASSOCIATES, LLC,

    Defendants.

Case No. 1:22-cv-00401-TSE-TCB

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

Plaintiff Gregory Bendolph and Defendants DLH Holdings Corporation and Irving Burton Associates LLC (collectively "Parties"), jointly move the Court for an Order approving the settlement agreement between the Parties, attached as Exhibit 1, and dismissing Plaintiff's Complaint with prejudice.

Dated: August 5, 2022

1

Respectfully submitted,

**GREGORY BENDOLPH**

/s/Timothy Coffield
Timothy Coffield (VSB 83430)
Coffield PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901
P: (434) 218-3133
F: (434) 321-1636
tc@coffieldlaw.com
Counsel for Plaintiff

**DLH HOLDINGS CORPORATION AND IRVING BURTON ASSOCIATES, LLC**

/s/ Teresa Burke Wright
Teresa Burke Wright (VSB No. 30770)
JACKSON LEWIS P.C.
10701 Parkridge Blvd., Suite 300
Reston, VA 20191
Telephone: (703) 483-8300
Facsimile: (703) 483-8301
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/Timothy Coffield
Counsel for Plaintiffs