UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

---

GREGORY BENDOLPH, individually and on behalf of all others similarly situated,

                    Plaintiff,

v.                                      Case No. 1:22-cv-00401-TSE-TCB

DLH HOLDINGS CORPORATION d/b/a DLH CORPORATION and DLH, and
IRVING BURTON ASSOCIATES, LLC,

                    Defendants.

---

**ORDER**

---

Upon consideration of the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Plaintiff's Complaint with Prejudice, it is hereby ORDERED that the Motion is GRANTED and that the Settlement Agreement is APPROVED as fair and adequate. This action is DISMISSED with PREJUDICE, except that this Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

    ENTERED this \_\_\_\_ day of _____, 2022

                                                  _____
                                                  United States District Judge

2

**So moved and consented to:**

**GREGORY BENDOLPH**

/s/Timothy Coffield
Timothy Coffield (VSB 83430)
Coffield PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901
P: (434) 218-3133
F: (434 321-1636
tc@coffieldlaw.com
Counsel for Plaintiff

**DLH HOLDINGS CORPORATION AND IRVING BURTON ASSOCIATES, LLC**

/s/ Teresa Burke Wright
Teresa Burke Wright (VSB No. 30770)
JACKSON LEWIS P.C.
10701 Parkridge Blvd., Suite 300
Reston, VA 20191
Telephone: (703) 483-8300
Facsimile: (703) 483-8301
Counsel for Defendants